# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN-ALEXANDER MORAN, A#246-232-822,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI,<br><br>Respondent. | Case No.:  25cv2657 BEN (VET)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On October 1, 2025, Petitioner Darwin-Alexander Moran, an immigration detainee housed at the Imperial Regional Detention Facility and proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in the Northern District of California. (ECF No. 1.)  After providing notice to Petitioner that he had not paid the filing fee nor requested to proceed in forma pauperis (*see* ECF No. 2), on October 2, 2025, the Northern District ordered the case transferred here because the Imperial Regional Detention Facility lies in this district.  (*See* ECF No. 3 at 1, citing 28 U.S.C. §§ 84(d), 1404(a), 2241(a); *Doe v. Garland*, 109 F.4th 1188 (9th Cir. 2024).)  On October 7, 2025, the instant case was transferred to this district and docketed here. (ECF Nos. 4-5.)

A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis.  *See* CivLR 3.2; R. 1(b), 3(a), Rules

Governing Section 2254 Cases (2019). Because the Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis, this case is subject to dismissal.

The Court recognizes the Northern District previously informed Petitioner of the filing fee requirement and in an October 1, 2025, mailing, instructed if Petitioner did not respond on or before November 10, 2025, his case would be dismissed. (*See* ECF No. 2.) To date, no response has been docketed. Regardless of that prior order, the Court finds the instant case warrants dismissal but extends the deadline to satisfy the filing fee requirement. Accordingly, this action is **DISMISSED** without prejudice for failure to satisfy the filing fee requirement. If Petitioner wishes to proceed with this case, he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than December 1, 2025**. *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank application to proceed in forma pauperis.*

**IT IS SO ORDERED.**

Dated: _October 8, 2025

Honorable Roger T. Benitez
United States District Judge