UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

D.A.M.,

Petitioner,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, JEREMY CASEY, Warden of Imperial Regional Detention Facility, DAVID RIVAS, Warden of the San Luis Detention Center,

Respondents.

Case No.: 25-CV-2657 JLS (VET)

**ORDER DIRECTING PARTIES TO FILE A JOINT STATUS REPORT**

On January 20, 2026, the Court granted in part Petitioner's First Amended Petition for Writ of Habeas Corpus (ECF No. 22) and ordered Respondents to immediately release Petitioner from custody. *See* ECF No. 28 ("Order") at 6. The Parties failed to file a joint status report confirming Petitioner's release by the deadline set in the Court's Order. *See id.*

/ / /

/ / /

Accordingly, the Court again **ORDERS** the Parties to file a joint status report by February 18, 2026, confirming Petitioner's release.

**IT IS SO ORDERED.**

Dated: February 13, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge